# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Tanaka v. Santiago | CAAP–13–0000014 | 07/16/2014 | Affirmed in part and Vacated and Remanded in part |
| Maui Muscle Sports Club Kahana, LLC v. Association of Apartment Owners of Valley Isle Resort | CAAP–13–0000452 | 07/23/2014 | Dismissed, Vacated and Remanded |
| State v. Garcia | CAAP–13–0003458 | 07/31/2014 | Affirmed |
| State v. Young | CAAP–13–0002226 | 07/31/2014 | Affirmed |
| State v. Fauatea | CAAP–13–0001963 | 07/31/2014 | Affirmed |
| Simental v. Simental | CAAP–12–0000656 | 07/31/2014 | Vacated and Affirmed |
| State v. Nakayama | CAAP–11–0000494 | 07/31/2014 | Vacated and Remanded |